IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Number: 1:19CR00047-00 |
| ) | |
| NANCY APRIL ELIZABETH KESTNER ) | |
| (a/k/a NANCY APRIL ELIZABETH ) | |
| CROWGEY), ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT NANCY APRIL ELIZABETH KESTNER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes the defendant, Nancy April Elizabeth Kestner, pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, and requests that the United States disclose to him and make available for inspection, copying or photographing:

(1) All documents, electronically stored information and other tangible data and evidence which supports the government's allegations in the Indictment.

(2) All evidence within the custody or control of the United States that defendant has violated the statutes cited in the Indictment.

(3) Any relevant written or recorded statements made by the defendant within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

(4) Any other oral statement made by the defendant whether before or after arrest in response to interrogation by any person then known by the defendant to be a government agent if the government intends to use that statement at trial.

(5) A copy of the defendant's criminal record, if any, as is within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

(6) Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the government and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at trial or were obtained from or belong to the defendant. This request includes all photographs used by anyone to identify or implicate the defendant as the perpetrator of the crimes charged in the Indictment.

(7) Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial.

(8) A written summary of testimony the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must comply with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications.

(9) Written notice of the government's intention to use (in its evidence in chief at trial) any evidence which the defendant may be entitled to discover subject to any relevant limitations prescribed in Rule 16 of the Federal Rules of Criminal Procedure.

(10) A transcript of all grand jury proceedings that pertain or relate in any respect to any of the counts alleged in the Indictment.

(11) A transcript of any and all preliminary examinations which pertain or relate in any respect to the defendant.

NANCY APRIL ELIZABETH KESTNER
(a/k/a NANCY APRIL ELIZABETH CROWGEY)


By: /s/Paul G. Beers
      Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Nancy April Elizabeth Kestner
(a/k/a Nancy April Elizabeth Crowgey)

## Certificate of Service

I hereby certify that on November 4, 2019, I electronically filed the foregoing Defendant Nancy April Elizabeth Kestner's First Request for Production of Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/Paul G. Beers
                                        Paul G. Beers

3

Case 1:19-cr-00047-JPJ-PMS   Document 90   Filed 11/04/19   Page 3 of 3   Pageid#: 122